AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hicks, Jr., S. Maurice | 2. Court or Organization<br><br>U.S. District Co., Western La. | 3. Date of Report<br><br>08/13/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>300 Fannin St., Suite 5101<br>Shreveport, LA 71101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | S. Maurice Hicks, Jr., A Professional Law Corporation (Dissolved 2006) |
| 2. Co-Executor | Estate of ██████████ |
| 3. Lecturer | Centenary College of Louisiana |
| 4. Board of Directors Member | Children and Arthritis, Inc. (501(c) (3) organization) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 13 A 9: 57 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Centenary College of Louisiana - Teaching | $ 2500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Paraglegal services - self-employed |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities )*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Hibernia National Bank | Mortgage - Rental Property #1, Ruston, LA | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Accounts (formerly Hibernia Nat'l Bank) | C | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. Account | A | Interest | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. Account | A | Interest | K | T | | | | | |
| 4. Promissory Note - Sale of Law Firm Assets | G | Distribution | M | U | NSTALLMENT | 12/01 | M | G | CRAIG MARCOTTE |
| 5. Timber Land, Lincoln Parish, Louisiana - 1/1/96, $30,000 | | None | K | R | | | | | |
| 6. Ditech Communications Stock | | None | | | sell | 01/02 | J | A | |
| 7. Capital One Bank Stock Common (formerly Hibernia Nat'l) | A | Dividend | K | T | | | | | |
| 8. Youthstream Media Stock Common | | None | J | W | sell | 01/02 | J | A | |
| 9. Rental Property #1, Ruston, LA - 07/03/01, $75,427 | D | Rent | L | R | | | | | |
| 10. IRA # 1 DGAGX Mutual Fund | C | Dividend | K | T | | | | | |
| 11. IRA # 1 FMAGX Mutual Fund | D | Dividend | K | T | | | | | |
| 12. IRA # 1 Capital One Money Fund | C | Dividend | K | T | | | | | |
| 13. BEA Systems Stock Common | | None | J | T | sell | 01/02 | J | A | |
| 14. Reliant Resources Stock Common 100 | A | Dividend | J | T | | | | | |
| 15. VAC Federal Credit Union | A | Interest | J | T | | | | | |
| 16. Barksdale Federal Credit Union | A | Interest | K | T | | | | | |
| 17. Red River Syndicate LP | A | Dividend | K | U | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2)  Q =Appraisal  V =Other  S =Assessment
U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 Bank of America Common | A | Dividend | | | sell | 12/08 | J | A | |
| 19. IRA #1 Martin Midstream Partners LTD | A | Dividend | J | T | | | | | |
| 20. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | J | T | | | | | |
| 21. 12 Technologies Stock Common 20 | | None | J | T | | | | | |
| 22. Lexar Media Stock Common | | None | J | T | sell | 01/02 | J | A | |
| 23. IRA #1 Encana Corp | A | Dividend | K | T | partial sell | 09/11 | J | A | |
| 24. IRA #1 Sun Microsystems Common | A | Dividend | | | sell | 07/10 | J | A | |
| 25. IRA #1 Canadian Oil Sands | A | Dividend | K | T | | | | | |
| 26. IRA #1 XTO Energy | A | Dividend | J | T | | | | | |
| 27. IRA #1 Valero Energy | A | Dividend | K | T | | | | | |
| 28. IRA #1 Cree Inc | A | Dividend | | | sell | 04/21 | J | A | |
| 29. IRA #1 Omnivision Technologies | A | Dividend | | | sell | 05/03 | J | A | |
| 30. IRA #1 Conoco Phillips | A | Dividend | J | T | | | | | |
| 31. IRA #1 Fording CDN Coal | A | Dividend | | | sell | 09/11 | J | A | |
| 32. IRA #1 Ultra Petroleum | A | Dividend | | | sell | 04/19 | J | B | |
| 33. IRA #1 Kinder Morgan | A | Dividend | | | sell | 04/19 | J | A | |
| 34. IRA #1 Grey Wolf | A | Dividend | | | sell | 02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA #1 Express Scripts | A | Dividend | | | sell | 02/23 | J | A | |
| 36. IRA #1 TEVA Pharmaceutical | A | Dividend | | | sell | 03/10 | J | A | |
| 37. IRA #1 Barr Laboratories | A | Dividend | | | sell | 01/24 | J | A | |
| 38. IRA #1 Capstone Turbine | A | Dividend | | | sell | 05/11 | J | A | |
| 39. IRA #1 JDS Uniphase | A | Dividend | | | sell | 05/11 | J | A | |
| 40. IRA #1 Genentech | A | Dividend | J | T | sell | 01/23 | | A | |
| 41. IRA #1 Hansen Natural | A | Dividend | J | T | sell | 01/23 | | A | |
| 42. IRA #1 EnergySouth | A | Dividend | K | T | | | | | |
| 43. IRA #1 Toreador Res | A | Dividend | J | T | | | | | |
| 44. IRA #1 Entrada Networks | | | J | T | | | | | |
| 45. IRA #1 Globalnet | | | J | T | | | | | |
| 46. Cisco Systems | A | Dividend | J | T | sell | 03/01 | J | A | |
| 47. ING GLBL EQTY Div & Prem | A | Dividend | J | T | sell | 09/18 | J | A | |
| 48. Liberty Bell Bank Cherry | A | Dividend | J | T | sell | 02/02 | J | C | |
| 49. NFJ Dividend Interest | A | Dividend | J | T | | | | | |
| 50. Vkipox-30 index | A | Dividend | J | T | | | | | |
| 51. VK Sel Turn 05 Rein | A | Dividend | K | T | sell | 12/12 | K | A | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Biosante Pharm | A | Dividend | J | T | | | | | |
| 53. Cabelas | A | Dividend | J | T | | | | | |
| 54. Future Link Copr | A | Dividend | J | T | | | | | |
| 55. Sun Microsystems | A | Dividend | J | T | | | | | |
| 56. WSR Energy Resources | A | Dividend | J | T | | | | | |
| 57. Giant Studios | A | Dividend | J | T | | | | | |
| 58. IRS #1 Capstone Turbine 500 | A | Dividend | | | buy/sell | 01/23 | J | A | |
| 59. IRA #1 Capital One Money Fund | | | | | redemption | 01/31 | | A | |
| 60. IRA #1 Capital One Money Fund | | | | | buy | 01/27 | J | | |
| 61. IRA #1 ASO | A | Dividend | | | buy/sell | 01/26 | J | A | |
| 62. IRA #1 Int'l Rectifier Corp 150 | A | Dividend | | | buy/sell | 01/24 | J | A | |
| 63. IRA #1 Valero Energy 50 | A | Dividend | | | buy/sell | 01/23 | J | A | |
| 64. IRA #1 Toreador Res Corp 100 | A | Dividend | | | buy/sell | 01/23 | J | A | |
| 65. IRA #1 Cpaital One Money Fund | | | | | buy | 03/01 | J | | |
| 66. IRA #1 Capital One Money Fund | | | | | buy | 02/21 | J | | |
| 67. IRA #1 Toreador Res Corp 100 | A | Dividend | | | buy/sell | 03/13 | J | A | |
| 68. IRA #1 Canadian Oil Sands 140 | A | Dividend | J | T | buy | 03/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #1 Capital One Money Fund | A | Dividend | | | redemption | 03/08 | J | A | |
| 70. IRA #1 Capital One Money Fund | | None | | | redemption | 03/29 | J | A | |
| 71. IRA #1 Capital One Money Fund | | None | | | redemption | 03/21 | J | A | |
| 72. IRA #1 Capital One Money Fund | | None | | | buy | 03/16 | J | | |
| 73. IRA #1 Transwitch Corp 1250 | A | Dividend | | | buy/sell | 03/24 | J | A | |
| 74. IRA #1 JDS Uniphase 1000 | A | Dividend | | | buy/sell | 03/16 | J | A | |
| 75. IRA #1 Qualcomm 100 | A | Dividend | | | buy/sell | 04/03 | J | A | |
| 76. IRA #1 Capital One Money Fund | | None | | | buy | 04/27 | J | | |
| 77. IRA #1 Capital One Money Fund | | None | | | buy | 04/25 | K | | |
| 78. IRA #1 Ceradyne 100 | A | Dividend | | | buy/sell | 05/05 | J | A | |
| 79. IRA #1 Canadian Oil Sands 100 | A | Dividend | | | buy/sell | 05/03 | J | A | |
| 80. IRA #1 Valero Energy 200 | A | Dividend | J | T | buy | 05/02 | J | | |
| 81. IRA #1 Int'l Rectifier 100 | A | Dividend | | | buy/sell | 05/02 | J | A | |
| 82. IRA #1 Canadian Oil Sands 100 | A | Dividend | | | buy/sell | 05/02 | J | A | |
| 83. IRA #1 Capital One Money Fund | | None | | | redemption | 05/05 | K | A | |
| 84. IRA #1 Peabody Energy 150 | A | Dividend | J | T | buy | 05/11 | J | | |
| 85. IRA #1 Nvidia 100 | A | Dividend | | | buy/sell | 05/11 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hicks, Jr., S. Maurice | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. IRA #1 Capital One Money Fund | | None | | | redemption | 05/10 | J | A | |
| 87. IRA #1 Capital One Money Fund | | None | | | buy | 05/09 | J | | |
| 88. IRA #1 Capital One Money Fund | | None | | | redemption | 05/16 | J | A | |
| 89. IRA #1 Fording Cdn Coal 100 | A | Dividend | | | buy/sell | 06/15 | J | A | |
| 90. IRA #1 Energy South 100 | A | Dividend | J | T | buy | 06/15 | J | | |
| 91. IRA #1 XTO Energy | A | Dividend | J | T | buy | 06/15 | J | | |
| 92. IRA #1 Peabody Energy 75 | | Dividend | J | T | buy | 06/15 | J | | |
| 93. IRA #1 Capital One Money Fund | | | | | redemption | 06/20 | J | | |
| 94. IRA #1 Capital One Money Fund | | | | | buy | 06/16 | J | | |
| 95. IRA #1 Capital One Money Fund | | | | | buy | 07/14 | J | | |
| 96. IRA #1 Cheasepeake Energy 100 | A | Dividend | | | buy/sell | 08/02 | J | A | |
| 97. IRA #1 Capital One Money Fund | | | | | redemption | 08/07 | J | A | |
| 98. IRA #1 XTO Energy 100 | A | Dividend | J | T | buy | 08/02 | J | | |
| 99. IRA #1 Valero Energy 50 | A | Dividend | | | buy/sell | 08/02 | J | A | |
| 100. IRA #1 Hugoton Rty Tr Tex | A | Dividend | J | T | buy | 08/02 | J | | |
| 101. IRA #1 Capital One Money Fund | | | | | buy | 09/15 | K | | |
| 102. IRA #1 Capital One Money Fund | | | | | redemption | 10/31 | K | | |

| 1. Income Gain Codes<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br>T =Cash Market | E =$15,001 - $50,000 |

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | Hicks, Jr., S. Maurice | | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA #1 XTO Energy 200 | A | Dividend | J | T | buy | 10/26 | J | | |
| 104. IRA #1 Sun Microsystems 1000 | A | Dividend | J | T | buy | 10/26 | J | | |
| 105. IRA #1 Paladin Res NI 1000 | A | Dividend | J | T | buy | 10/26 | J | | |
| 106. IRA #1 Capital One Money Fund | | | | | buy | 11/08 | J | | |
| 107. IRA #1 Capital One Money Fund | | | | | redemption | 11/06 | J | A | |
| 108. IRA #1 Petro Hawk 350 | A | Dividend | J | T | buy | 11/02 | J | | |
| 109. IRA #1 American Science & Engineering 100 | A | Dividend | J | T | buy | 11/01 | J | | |
| 110. IRA #1 Capital One Money Fund | | | | | redemption | 12/01 | J | | |
| 111. IRA #1 American Science & Engineering 100 | A | Dividend | J | T | buy/sell | 11/28 | J | A | |
| 112. IRA #1 Coach 150 | A | Dividend | J | T | buy | 11/22 | J | | |
| 113. IRA #1 Valero Energy 98 | A | Dividend | J | T | buy | 12/14 | J | | |
| 114. IRA #1 Canadian Oil Sands 150 | A | Dividend | J | T | buy | 12/14 | J | | |
| 115. IRA #1 Capital One Money Fund | | | | | buy | 12/14 | J | | |
| 116. IRA #1 Capital One Money Fund | | | | | buy | 12/22 | K | | |
| 117. IRA #1 Capital One Money Fund | | | | | redemption | 12/19 | J | A | |
| 118. Sirius Sattelite Radio 1000 | A | Dividend | J | T | buy | 01/02 | J | | |
| 119. Sumamerica focused alpha Lrg | A | Dividend | J | T | buy | 01/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | 1 =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. First Trust Unit 1113 India Growth | A | Dividend | J | T | buy | 01/02 | J | | |
| 121. First Trust 1004 Val Archtect | A | Dividend | J | T | buy | 01/02 | J | | |
| 122. Van Kampen unit argus turnaround | A | Dividend | J | T | buy | 01/02 | J | | |
| 123. Van Kampen Unit Trust 519 | A | Dividend | J | T | buy | 01/02 | J | | |
| 124. Van Kampen Unit Trust 520 | A | Dividend | J | T | buy | 01/02 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 08/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _____8/10/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544